## VI. CONCLUSION

The convictions and sentence of Quinton Bannister are **AFFIRMED.**

(1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sutton's convictions and sentences are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Henry SUTTON, a.k.a. Shampoo,**
**Defendant–Appellant.**

No. 07–10889
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 16, 2008.

Kevin K. Ross, Foley & Lardner, LLP, Orlando, FL, for Defendant–Appellant.

Terry Flynn, E. Bryan Wilson, U.S. Attorney's Office, N.D. of Florida, Tallahassee, FL, for Plaintiff–Appellee.

Before CARNES, BARKETT and HULL, Circuit Judges.

PER CURIAM:

Kevin Ross, appointed counsel for Henry Sutton in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493